McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF (SBN 219488)
Assistant U.S. Attorney
U.S. Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07-cv-01135 OWW DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION OF DISMISSAL |
| | ) | PURSUANT TO SETTLEMENT; ORDER |
| v. | ) | |
| | ) | |
| SOUTHERN CALIFORNIA EDISON CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


        Plaintiff United States of America and Defendant Southern

California Edison Co., by and through their respective undersigned

attorneys, hereby stipulate to dismissal with prejudice of the

complaint in this action pursuant to Fed. R. Civ. P. 41(a), and

subject to the terms and conditions of the parties' Settlement

Agreement.  The Court is respectfully asked to retain jurisdiction to

STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; [PROPOSED] ORDER

enforce the Settlement Agreement in this action.

                                    Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA:      McGREGOR W. SCOTT
                               United States Attorney


Dated:  10/22/07        By:  /s/ Kirk E. Sherriff
                             KIRK E. SHERRIFF
                             Assistant U.S. Attorney

                             Attorneys for Plaintiff
                             United States of America


FOR DEFENDANT SOUTHERN
CALIFORNIA EDISON CO.:         DOUGLAS P. DITONTO
                               MICHAEL GONZALES
                               BRIAN A. CARDOZA
                               PATRICIA A. CIRUCCI


Dated:  9/28/07_____    By:  /s/ Patricia A. Cirucci
                             PATRICIA A. CIRUCCI

                             Attorneys for Defendant
                             Southern Cal. Edison Co.




        IT IS SO ORDERED.

**Dated:    October 23, 2007**            _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE